# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 18, 2020

Mr. Ryan A. Keane
Suite 1600
7777 Bonhomme Avenue
Saint Louis, MO  63105-0000

      RE:  20-2950  Pietoso, Inc. v. Republic Services, Inc., et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc: Mr. Steven J. Alagna
    Mr. Nathaniel R Carroll
    Mr. Gregory J. Linhares
    Mr. Jeffrey Scott Russell
    Mr. Michael C. Seamands

District Court/Agency Case Number(s): 4:19-cv-00397-RLW

**Caption For Case Number:   20-2950**

Pietoso, Inc., a Missouri corporation, individually and on behalf of all those similarly situated, doing business as Cafe Napoli

        Plaintiff - Appellant

v.

Republic Services, Inc., A Delaware corporation; Allied Services, LLC, A Deleware limited liability company, doing business as Allied Waste Services of Bridgeton

        Defendants - Appellees

**Addresses For Case Participants:   20-2950**

Mr. Ryan A. Keane
Suite 1600
7777 Bonhomme Avenue
Saint Louis, MO  63105-0000

Mr. Steven J. Alagna
BRYAN & CAVE
3600 One Metropolitan Square
211 N. Broadway
Saint Louis, MO  63102-2186

Mr. Nathaniel R Carroll
ARCH CITY DEFENDERS
Suite 390
440 N. Fourth Street
Saint Louis, MO  63102

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Jeffrey Scott Russell
BRYAN & CAVE
3600 One Metropolitan Square
211 N. Broadway
Saint Louis, MO  63102-2186

Mr. Michael C. Seamands
SEAMANDS LAW OFFICE
Suite 825
1401 S. Brentwood Boulevard
St. Louis, MO 63144